AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY CLERK

# United States District Court

District: **SOUTHERN DISTRICT OF TEXAS**

Name: **MICHAEL HAMMETT**
Prisoner No.: **431679**
Case No.: **C 00 088**

Place of Confinement: **HUTCHINS UNIT, 1500 E. LANGDON RD., DALLAS, TX. 75241**

Name of Petitioner (include name under which convicted): **MICHAEL HAMMETT**

v.

Name of Respondent (authorized person having custody of petitioner): **GARY JOHNSON, DIRECTOR TDCJ-ID**

The Attorney General of the State of: **TEXAS**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **117th JUDICIAL DISTRICT COURT, NUECES COUNTY, CORPUS CHRISTI, TX.**

2. Date of judgment of conviction **JUNE 29th, 1986**

3. Length of sentence **10 YEARS**

4. Nature of offense involved (all counts) **1 COUNT – AGGRAVATED ROBBERY**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  117th JUDICIAL DISTRICT COURT, NUECES COUNTY, TEXAS

      (2) Nature of proceeding  APPLICATION FOR WRIT OF HABEAS CORPUS

      (3) Grounds raised  DENIED RESTORATION OF FLAT TIME CREDITS ALREADY EARNED; SERVICE OF SENTENCE/DOUBLE JEOPARDY; CERTIFICATE OF PAROLE UNCONSTITU-

(3)

AO 241 (Rev. 5/85)

TIONAL; VIOLATIONS OF DEVIDED GOVERNMENT BRANCHES; STATES ILLEGAL LENGTHING OF ORIGINAL SENTENCE

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result APPLICATION DENIED

(6) Date of result AUG. 11th 1999

(b) As to any second petition, application or motion give the same information:

(1) Name of court 117th JUDICIAL DISTRICT COURT, NUECES COUNTY, TEXAS

(2) Nature of proceeding APPLICATION FOR WRIT OF HABEAS CORPUS

(3) Grounds raised FORFEITURE OF GOOD TIME EARNED; SERVICE OF SENTENCE DOUBLE JEOPARDY; CERTIFICATE OF MANDATORY SUPERVISION INVALID CONTRACT SIGNED UNDER DURESS; SERVING SENTENCE IN INSTALLMENTS; EXPIRATION OF SENTENCE, EX POST FACTO USES

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result APPLICATION DENIED

(6) Date of result DEC. 13th, 1999

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐   No ☒
(2) Second petition, etc.   Yes ☐   No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

BOTH APPLICATIONS WERE SENT TO THE CRIMINAL APPEALS OF TEXAS AND DENIED WITHOUT WRITTEN ORDER.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: GOOD TIME CREDIT TAKEN, FORCING TIME TO BE SERVED IN INSTALLMENTS

Supporting FACTS (state *briefly* without citing cases or law) GOOD TIME HAS BEEN TAKEN EACH TIME PAROLE HAS BEEN REVOKED ON THIS 10 YEAR SENTENCE, PER TECHNICAL VIOLATIONS AND HAS FORCED PRO SE TO BEGIN THE SAME PUNISHMENT, FOR THE SAME OFFENSE, MINUS "FLAT TIME," WITHOUT NEW CONVICTIONS OR FAULT OF PRO SE FOR BEING RELEASED ON MANDATORY SUPERVISION CAUSING THIS 10 YEAR SENTENCE PAST IT'S EXPIRATION SET BY COURT.

B. Ground two: PAROLE & MANDATORY SUPERVISION CERTIFICATE AN INVALID CONTRACT

Supporting FACTS (state *briefly* without citing cases or law): PRO SE WAS FORCED INTO A CONTRACT OF MANDATORY SUPERVISION WITH NO ALTERNATIVE OTHER THAN BEING FURTHER ENSLAVED WITH GRADUATED CONSEQUENCES AND WORSE TREATMENT FOR DISOBEYING DIRECT ORDERS BY NOT SIGNING THE CONTRACT. IT IS A ONE-SIDED CONTRACT, SET FORTH TO SATISFY ONLY THE STATES MEANS, THEREFORE INVALID.

AO 241 (Rev. 5/85)

   C. Ground three: STATES USE OF EX POST FACTO LAWS, USING NEW LAW OVER OLD LAW

Supporting FACTS (state *briefly* without citing cases or law): STATE CONTINUES TO TRY AND USE NEW STATUTES OF LAW (DEEMED PROCEDURAL, POLICY, OR ADMINISTRATIVE) OVER OLD STATUTES OF LAW. STATE ALWAY'S SEEMS TO FIND AND USE ANY AND ALL THINGS DETRIMENTAL IN NEW LAW AND IGNORE ANYTHING BENEFICIAL TOWARDS IN-MATES', ALWAYS HIDING THEIR ACTIONS UNDER SCRUPULOUS NAMES.

   D. Ground four: SEPARATION OF POWER'S, JUDICIAL AND ADMINISTRATIVE, OVER SENTENCE LENGTH

Supporting FACTS (state *briefly* without citing cases or law): NO STATE DEPARTMENT SHOULD HAVE THE RIGHT TO LENGTHEN A SENTENCE THAT THE JUDICIAL SYSTEM GIVES, NO MATTER WHAT THE CIRCUMSTANCES, WITHOUT DUE PROCESS AND CRIMINAL PROCEEDINGS. 10 YEARS, REGARDLESS OF PAROLE REVOCATIONS, SHORT A NEW CONVICTION, IS STILL 10 YEARS. YOU CAN'T STOP THE CLOCK EVERYTIME AN INFRACTURE IS MADE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing   N/A

    (b) At arraignment and plea   N/A

AO 241 (Rev. 5/85)

(c) At trial ___N/A___

(d) At sentencing ___N/A___

(e) On appeal ___N/A___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___2-10-2000___
(date)

_____Michael Hammett #431679_____
Signature of Petitioner

(7)