IN THE UNITED STATES DISTRICT COURT
FOR THE  SOUTHERN  DISTRICT OF TEXAS
CORPUS CHRISTI  DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

MICHAEL HAMMETT - #431679
Plaintiff's name and ID Number

TEXAS DEPT. CRIMINAL JUSTICE - HUTCHINS UNIT
Place of Confinement

CASE NO. CA-C-00-88
(Clerk will assign the number)

v.

DIRECTOR OF TEXAS DEPT. CIMINAL JUSTICE
GARY JOHNSON -
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MICHAEL HAMMETT, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐  No☒
   b. Rent payments, interest or dividends?                  Yes☐  No☒
   c. Pensions, annuities or life insurance payments?        Yes☐  No☒
   d. Gifts or inheritances?                                  Yes☐  No☒
   e. Family or friends?                                      Yes☒  No☐
   f. Any other sources?                                      Yes☐  No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   RECIEVED FROM FAMILY + FRIENDS FOR NECESSITIES

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
            Yes☐           No☒
   If you answered YES, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

4.

excluding ordinary household furnishings and clothing?

      Yes ☐     No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __18__ day of __MARCH__, 2000.

       Michael Hammett # 431679
       Signature of Plaintiff  ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6.97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE            03/18/00
4J54/LAM0920              IN-FORMA-PAUPERIS DATA                      09:19:36
TDCJ#: 00431679 SID#: 03305584 LOCATION: HUTCHINS        INDIGENT DTE: 03/03/00
NAME: HAMMETT,MICHAEL                   BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.03 TOT HOLD AMT:         0.00 3MTH TOT DEP:     270.00
6MTH DEP:           446.98 6MTH AVG BAL:        74.82 6MTH AVG DEP:      74.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00       75.12           125.00        11/99       157.54           50.00
01/00       43.92            20.00        10/99       191.13            0.99
12/99       75.13           125.00        09/99       202.41          125.99
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **DALLAS**
ON THIS THE **18** DAY OF **MARCH, 2000** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG *Lamu Amos*
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____