# United States District Court

United States District Court
Southern District of Texas
FILED
MAY 0 2 2000
MICHAEL N. MILBY, CLERK

Southern _____ DISTRICT OF _____ Texas

Corpus Christi Division

Michael Hammett

V.

Gary Johnson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA-C-00-88

**TO:** (Name and address of defendant)

Gary Johnson
c/o Andy Taylor, First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Hammett #431679
Hutchinis Unit
1500 E. Langdon Road
Dallas, TX  75241

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael N. Milby | April 5, 2000 |
| CLERK | DATE |

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
MAILED CERTIFIED MAIL ON: 4/6/00
CERTIFIED MAIL # 2582 519 704
RETURN RECEIPT DATED: 4/10/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/00
             Date

Signature of Server

521 Starr, C.C., TX 78401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.