IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 1 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| MICHAEL HAMMETT, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-88 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, INSTITUTIONAL § | |
| DIVISION, § | |
| Respondent. § | |

**RESPONDENT JOHNSON'S MOTION TO APPEAR *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Georgette Hogarth, attorney for Gary L. Johnson, Respondent in the above-referenced cause, and files this Respondent Johnson's Motion to Appear *Pro Hac Vice*, and would respectfully show the court the following:

The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 6, 1998, and is a member in good standing of the State Bar of Texas. The undersigned began employment with this Division on January 3, 2000, and will soon submit an application for admission to practice before this court. The undersigned has read and agrees to be bound by the local rules of this court.

For the foregoing reasons, the undersigned respectfully requests that Respondent Johnson's Motion to Appear *Pro Hac Vice* be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

1.

SHANE PHELPS
Deputy Attorney General
for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

GEORGETTE HOGARTH*
Assistant Attorney General
Habeas Corpus Division
State Bar No. 24007129

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Michael Hammett, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

GEORGETTE HOGARTH
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Georgette Hogarth, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Texas Department of Criminal Justice, Institutional Division. Respondent will assume that Petitioner will oppose this motion.

GEORGETTE HOGARTH
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I, Georgette Hogarth, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Appear *Pro Hac Vice* has been served by placing same in the United States Mail, postage prepaid, on this the 9th day of May, 2000 addressed to:

Michael Hammett
TDCJ-ID # 431679
Hutchins Unit
1500 E. Langdon Rd.
Dallas, Texas 75241

GEORGETTE HOGARTH
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL HAMMETT, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-88 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, INSTITUTIONAL | § | |
| DIVISION, | § | |
| Respondent. | § | |

ORDER

On this day came before the Court for consideration the Respondent Johnson's Motion to Appear *Pro Hac Vice* and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Johnson's Motion is hereby GRANTED, and Georgette Hogarth is allowed to appear *Pro Hac Vice* in this cause of action for Respondent.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING