

United States District Court
Southern District of Texas
FILED

MAY 1 1 2000

MICHAEL N. MILBY CLERK

CA-C-00-088

APPLICANT **MICHAEL HAMMETT**   APPLICATION NO. 42,726-01

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

APPLICATION DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT A HEARING.

_Paul Womack_  9-22-99
JUDGE                                                      DATE

9.