IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL HAMMETT,<br>Petitioner,<br><br>V.<br><br>GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE, INSTITUTIONAL<br>DIVISION,<br>Respondent. | CIVIL ACTION NO. C-00-88 |

## ORDER

On this day came before the Court for consideration the Respondent Johnson's Motion to Appear *Pro Hac Vice* and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Johnson's Motion is hereby GRANTED, and Georgette Hogarth is allowed to appear *Pro Hac Vice* in this cause of action for Respondent.

SIGNED this __12__ day of __May__, 2000.

_____
JUDGE PRESIDING