IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL HAMMETT | § | |
| | § | |
| VS. | § | C.A. NO. C-00-88 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER TO RESPOND

Petitioner filed his § 2254 petition for habeas corpus relief on February 28, 2000 (DE #1). On May 11, 2000, respondent filed a pleading entitled "Respondent Johnson's Answer with Brief in Support" (DE #8). In this pleading, respondent moves for dismissal of petitioner's claims and habeas corpus application on numerous grounds including failure to state a federal constitutional violation. Because respondent's answer seeks dismissal of the petition, it will be construed as a motion to dismiss.

Pursuant to the Order of Service entered in this action (DE #5), petitioner has forty-five days to file a response to any dispositive motion. Accordingly, petitioner is advised that he has forty-five days from May 9, 2000, that is, until June 23, 2000, to file a response to respondent's motion to dismiss. Petitioner is advised further that failure to respond will be taken as a representation of no opposition to the motion to dismiss. See Local Rule 6.E.

ORDERED this 25 day of May, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE