IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL HAMMETT
PETITIONER-PRO SE
V.
GARY L. JOHNSON, DIRECTOR
RESPONDANT    TDCJ

CIVIL ACTION NO. C-00-88

United States District Court
Southern District of Texas
FILED
JUN 01 2000
MICHAEL N. MILBY CLERK

## PETITIONER'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, MICHAEL HAMMETT, PETITIONER-PRO SE, IN THE ABOVE-REFERENCED CAUSE, AND FILES THIS PETITIONER'S MOTION FOR SUMMARY JUDGMENT, UNDER THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 56(d), AND WOULD RESPECTFULLY STATE THE FOLLOWING:

THAT CONTINUED LITIAGATION WOULD ONLY LEAD TO FURTHER REPETITIVE REITERATION OF FACTS ALREADY BROUGHT FORTH BY PETITIONER'S PRIOR WRIT'S, OBJECTION'S TO STATE, AUTHORITIES AND MEMORANDUM AND BRIEF'S TO THIS HONORABLE COURT.

THE STATE HAS NO ANSWER AS TO 'LEGAL' CUSTODY OF PETITIONER.

THEREFORE, PREMISES CONSIDERED, PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT TO GRANT THIS PETITIONER'S MOTION FOR SUMMARY JUDGMENT, AND THAT PETITIONER BE ORDERED HIS IMMEDIATE RELEASE FROM STATE'S CUSTODY, AND TO NEVERMORE BE BOTHERED WITH FURTHER LEGAL CONSEQUENSES ARISING FROM THIS EXPIRED PAST CONVICTION OF STATE V. HAMMETT, CAUSE 84CR300B.

RESPECTFULLY SUBMITTED,

*Michael Hammett*
PETITIONER-PRO SE

13.