THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL HAMMETT
PETITIONER - PRO SE

V.

GARY JOHNSON, DIRECTOR
RESPONDANT     TDCJ

United States District Court
Southern District of Texas
FILED

JUN 05 2000

MICHAEL N. MILBY CLERK

CIVIL ACTION NO. C-00-88

## Motion To Deny State's Motion To Dismiss

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL HAMMETT, Petitioner in PRO SE, TO THIS HONORABLE COURT TO FORMERLY REQUEST THIS MOTION TO DENY STATE'S MOTION TO DISMISS, ON ALL GROUND'S PREVIOUSLY STATED ON PETITIONER'S REPLY ANSWER, AS WELL AS HIS OTHER PAPER'S BEFORE THIS COURT, AND HIS OBVIOUS MERIT'S.

THAT THE COURT PLEASE ACCEPT PETITIONER'S REPLY TO DIRECTOR'S ANSWER AS HIS RESPONSE, ORDERED BY THIS COURT. (NOTE: COURT'S ORDER TO RESPOND CROSSED IN THE U.S. MAIL WITH PETITIONER'S REPLY AND MOTION FOR SUMMARY JUDGMENT.)

ALSO, THAT PETITIONER DOES NOW REQUEST THAT IF SUMMARY JUDGMENT IS DENIED HIM, THAT HE BE APPOINTED AN ATTORNEY TO HELP CONTINUE THIS JUST CAUSE.

THAT MY ACCESS TO LAW RESEARCH MATERIAL'S IS VERY LIMITED WHERE HE IS AND WILL IN ALL FAIRNESS OF THESE ISSUES, NEED HELP. HE IS BUT ONE PRO SE LITIGANT AGAINST STATE'S FIVE ATTORNEY GENERAL'S.

RESPECTFULLY SUBMITTED,

*Michael Hammett*
PETITIONER - PRO SE

14.

## UNSWORN DECLARATION

I, MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS DAY OF 2ND, JUNE, 2000.

RESPECTFULLY SUBMITTED

Michael Hammett
1500 E. LANGDON RD.
DALLAS, TX. 75241

## CERTIFICATE OF SERVICE

I, MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING, PETITIONER'S MOTION TO DENY STATE'S MOTION TO DISMISS & LETTER TO CLERK; HAS BEEN SERVED BY PLACING SAME IN THE U.S. MAIL, POSTAGE PAID, ON THIS JUNE 2ND, 2000; ADDRESSED TO:

GEORGETTE HOGARTH
ASSIST. ATT. GENERAL
HABEAS CORPUS DIVISION
P.O. BOX 12548, CAPITOL STA.
AUSTIN, TX. 78711-2548

RESPECTFULLY,

Michael Hammett
PETITIONER-PRO SE