THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL HAMMETT
PETITIONER-PRO SE

V.

GARY JOHNSON, DIRECTOR
RESPONDANT    TDCJ

CIVIL ACTION NO. C-00-88

United States District Court
Southern District of Texas
FILED
JUN 26 2000
Michael N. Milby, Clerk

## MOTION FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW MICHAEL HAMMETT, PETITIONER-PRO SE, IN THIS MOTION BEFORE THE COURT TO ACCEPT THIS MOTION FOR JURY TRIAL, AS BY RIGHT STATED IN THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 36(A)&(B) AND AS DECLARED IN THE SEVENTH AMEND. OF THE U.S. CONSTITUTION.

### I.

PETITIONER WOULD ALSO CITE RULE 36(C) ON SPECIFICATIONS OF ISSUES FOR HIS DEMAND FOR JURY OVER THIS CASE FOR THE FOLLOWING;

(1) PETITIONER FEEL'S THAT HE HAS SHOWN VALID STATUTES, RULINGS AND EVIDENCE FOR A SOLID RULING IN HIS FAVOR THROUGH COMMON SENSE AND EQUAL FAIRNESS OF THE LAW.

(2) PETITIONER HAS DILIGENTLY WORKED IN GOOD FAITH TO SHOW JUST CAUSE ALTHOUGH HE HAS BEEN AT AN EXTREME DISADVANTAGE BEING BUT ONE INCARCERATED INDIVIDUAL AGAINST STATE'S RESOURCES; LIMITED TO AN INADEQUATE LAW LIBRARY AND LEGAL HELP. THE FACTS ARE PLAIN BUT INVOLVE STATE & FEDERAL CONSTITUTIONAL, CIVIL & CRIMINAL LAWS.

(3) PETITIONER BELIEVES THAT NO JURY IN THEIR RIGHT MIND WOULD FIND AGAINST THE ISSUES PETITIONER HAS RAISED HEREIN AS TO STATE'S ACCESSES IN DEPRIVING LIBERTY AFTER SENTENCE EXPIRATION,

-1-

IMPROPER USAGE OF PROCEDURES, AND WHAT IS BASICALLY THIEF WITHOUT DUE PROCESS TO ACHIEVE STATE'S GOALS.

(4) A FOURTH TYPE OF ANALYSIS FINDS A LIBERTY INTEREST WHEN A STATUTE OR A REGULATORY PAROLE-RELEASE SCHEME USES ELABORATE AND EXPLICIT GUIDLINES TO STRUCTURE THE EXERCISE OF DISCRETION. SEE <u>PACE V. NICKELSON</u>, SUPRA, 797 F.2d 574-578 (CA8 1986). THERE IS FAR MORE TO LIBERTY THAN INTEREST CONFERRED BY LANGUAGE IN STATE STATUTES. SEE <u>HEWITT V. HELMS</u>, 459 US 460, 466, 103 S.Ct. 864, 868-869, 74 L.Ed.2d 675 (1983); <u>CONN. BPP V. DUMSCHAT</u>, 452 US 458, 468, 101 S.Ct. 2460, 2466, 69 L.Ed.2d 158 (1981) (WHITE, J. CONCURRING) FOUR MEMBERS OF THIS COURT ARE OF THE VIEW THAT THE EXISTENCE OF A LIBERTY INTEREST IN PAROLE RELEASE IS NOT SOLELY A FUNCTION OF THE WORDING OF THE GOVERNING STATUTE.

(5) THAT IN <u>WOLFF V. McDONNELL</u>, 418 US 539, 94 S.Ct. 2963, THE SUPREME COURT REITERATED THAT THE TOUCHSTONE OF DUE PROCESS IS THE "<u>PROTECTION OF THE INDIVIDUAL AGAINST ARBITRARY ACTIONS OF GOVERNMENT</u>." Id. AT 558, AT 2976.

## II.

ALSO AT THIS TIME, IF THIS MOTION IS GRANTED, THAT PETITIONER BE APPOINTED AN ATTORNEY UNDER 18 USC §3006A TO FILE ANY APPLICABLE MOTIONS OR BRIEFS NEEDED AND TO HELP WITH VOIR DIRE AT JURY SELECTION AS WELL AS FURTHER REPRESENTATION BEFORE THE COURT.

## III. PRAYER

TO THESE THINGS, PETITIONER PRAY'S AND SEEK'S JUSTICE TO CORRECT THIS WRONG DONE BY STATE. DEI GRATIA...   RESPECTFULLY SUBMITTED,

*Michael Hammett*

-2-

## UNSWORN DECLARATION

I MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS DAY OF 22ND JUNE, 2000.

RESPECTFULLY SUBMITTED,

Michael Hammett

1500 E. LANGDON RD.

DALLAS, TX. 75241

## CERTIFICATE OF SERVICE

I MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FORGOING, MOTION FOR JURY TRIAL, HAS BEEN SERVED BY PLACING SAME IN THE U.S. MAIL, POSTAGE PAID, ON THIS JUNE 22ND, 2000; ADDRESSED TO:

GEORGETTEE HOGARTH

ASSIST. ATT. GENERAL

HABEAS CORPUS DIVISION

P.O. BOX 12548, CAPITOL STA.

AUSTIN, TX. 78711-2548

RESPECTFULLY,

Michael Hammett

PRO SE

PETITIONER

-3-