United States District Court
Southern District of Texas
ENTERED
JUN 28 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL HAMMETT | § § | |
| VS. | § § | C.A. NO. C-00-088 |
| GARY JOHNSON | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS AND PETITIONER'S MOTION FOR SUMMARY JUDGMENT

On June 7, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Respondent's motion to dismiss be granted, that Petitioner's motion for summary judgment be denied, and that Petitioner's petition be dismissed. On June 22, 2000, Petitioner filed objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and Petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is

ORDERED that Respondent's motion to dismiss is granted, that Petitioner's motion for summary judgment is denied, and Petitioner's petition is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 26th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2