IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL HAMMETT §
§
V. § C.A. NO. C-00-088
§
GARY JOHNSON §

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion to Dismiss and Petitioner's Motion for Summary Judgment, the Court hereby enters Final Judgment of dismissal of Petitioner Michael Hammett's petition.

ORDERED this 26th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE