United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL HAMMETT | § | 20. |
| | § | |
| VS. | § | C.A. NO. C-00-88 |
| | § | |
| GARY L. JOHNSON | § | |

### ORDER DENYING PETITIONER'S MOTION FOR JURY TRIAL

Petitioner filed his § 2254 petition for habeas corpus relief on February 28, 2000 (DE #1). Petitioner now moves for a jury trial in this habeas corpus proceeding (DE #17).

There is no right to a trial by jury in a habeas corpus proceeding filed pursuant to 28 U.S.C. § 2254. See _Wickliffe v. Clark_, 783 F. Supp. 389, 390 (N.D. Ind. 1991) ("[i]t is elementary and beyond dispute that no right to a trial by jury exists under proceedings filed in a United States district court under 28 U.S.C. § 2254..."). Accordingly, petitioner's motion is DENIED.

ORDERED this 28 day of June, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE