7-8-2000

To the Honorable Clerk, Michael Milby
United States District Court
Southern District of Texas
Corpus Christi, TX. 78401

**United States District Court**
**Southern District of Texas**
**FILED**

**JUL 10 2000**

**Michael N. Milby, Clerk**

RE: Hammett v. Johnson, No. C-00-88

Dear Sir:

This is notice to inform the court that my TDCJ unit and address has changed, as I have recently been moved to the following unit and address:

   Michael Hammett #431679
   Ellis Unit
   Huntsville, TX. 77343

Please change my address of record and send all future correspondence, pleadings, orders, etc. from the court to this new address as that will assure prompt delivery to petitioner for timely filings of answering briefs, motions and dessertions. Thank you for your time.

   Sincerely,
   Michael Hammett
   Petitioner - Pro Se

CC: Clerk
  A.G.
  Self

21.