UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 19 2000

MICHAEL N. MILBY, CLERK

MICHAEL HAMMETT
PETITIONER - PRO SE

V.

GARY JOHNSON, DIRECTOR
RESPONDANT   TDCJ

CIVIL ACTION NO. C-00-88

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, MICHAEL HAMMETT, PETITIONER-PRO SE, TO BRING BEFORE THE COURT THIS MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AS STATED IN THE FEDERAL RULES APPELLATE PROCEDURE, RULE 4(a)(5).

THAT PETITIONER WAS IN A TRANSIENT STAGE OF BEING MOVED (TRANSFERED) FROM ONE PRISON UNIT TO ANOTHER WHEN COURT'S ORDER WAS ISSUED AND AS SUCH, PETITIONER DID NOT RECEIVE SAID ORDER MAILED ON JUNE 28th, UNTIL JULY 15th.

THIS BEING THE CASE, PETITIONER IS AT AN EXTREME DISADVANTAGE IN A TIMELY FILING OF HIS NOTICE TO APPEAL. PETITIONER NEED'S TIME TO GET HIS PAPER'S IN ORDER FOR THE COURT. AT THAT TIME, PETITIONER WILL REQUEST A CERTIFICATE OF APPEALABILITY AND ON WHAT GROUNDS AS PER FEDERAL RULES APPELLATE PROCEDURE, RULE 22(b)(1).

WHEREFORE PETITIONER REQUEST THIS HONORABLE JUDGE, GRANT THIS MOTION FOR EXTENSION OF TIME TO FILE HIS NOTICE OF APPEAL IN IT'S PROPER FORM.

RESPECTFULLY SUBMITTED,

Michael Hammett
PETITIONER - PRO SE

- PAGE 1 -

22

## "UNSWORN DECLARATION"

I, MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS DAY OF 16th, JULY, 2000.

RESPECTFULLY SUBMITTED,

Michael Hammett

ELLIS UNIT

HUNTSVILLE, TX. 77343

## CERTIFICATE OF SERVICE

I, MICHAEL HAMMETT, PETITIONER-PRO SE, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING, MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL, HAS BEEN SERVED BY PLACING SAME IN THE U.S. MAIL, POSTAGE PAID, ON THIS JULY 16th, 2000; ADDRESSED TO:

GEORETTE HOGARTH

ASSIT. ATT. GENERAL

HABEAS CORPUS DIV.

P.O. BOX 12548, CAP. STA.

AUSTIN, TX. 78711

RESPECTFULLY,

Michael Hammett

- PAGE 2 -