IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
NOV 13 2000
CHARLES R. FULBRUGE III
CLERK

No. 00-40936
USDC No. C-00-CV-88

MICHAEL HAMMETT,

United States District Court
Southern District of Texas
FILED
NOV 16 2000
MICHAEL N. MILBY CLERK

Petitioner-Appellant

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
--------------------

O R D E R:

Michael Hammett, a Texas prisoner (# 431679), requests a certificate of appealability ("COA") to challenge the dismissal of his 28 U.S.C. § 2254 habeas petition. Hammett has argued that he was entitled to "flat time" sentencing credit for time served, following the revocation of his mandatory supervision, while he was released on mandatory supervision. He also maintains that the Texas Department of Criminal Justice ("TDCJ") violated his due process and ex post facto rights by revoking his accumulated good-conduct time, when parole and mandatory supervision were revoked.

O R D E R
No. 00-40936
- 2 -

To obtain a COA, Hammett must make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). Hammett has made no such showing. Accordingly, his request for a COA is DENIED.

_____
JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
      Deputy
New Orleans, Louisiana    NOV 13 2000